UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:22-CR-00138-1-D
Civil No. 5:26-CV-00404-D

| | | |
|---|---|---|
| Terrence Michael Pittman, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the

filing of this order.

SO ORDERED. This 16 day of June, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE